**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                  NO. 4:15-CR-00224-11 BSM

MEGAN BROOKE MCCONNELL                                                                DEFENDANT

**ORDER**

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #215) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Megan Brooke McConnell for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on August 19, 2016, at 2:00 p.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 15th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE