# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                           NO. 4:15-CR-224-11 BSM

MEGAN BROOKE MCCONNELL                                                DEFENDANT

## ORDER

Pending before the Court is the Government's motion for revocation of pretrial release. (Docket entry #247). The Government has also requested that the Court issue a summons to compel Defendant McConnell's attendance at the revocation hearing.

The Clerk is directed to issue summons to Defendant Megan McConnell for an appearance at a pretrial bond revocation hearing on September 13, 2016, at 1:00 p.m., in the courtroom of United States Magistrate Judge J. Thomas Ray.

IT IS SO ORDERED this 9th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE